**Order entered December 21, 2108**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00673-CV

### IN RE JITENDRA RAJPAL A/K/A JAY RAJPAL, RAM DASWANI, AND SR SQUARED LLC, Relators

**Original Proceeding from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-01822-2017**

## ORDER

Based on the Court's opinion of this date, we **VACATE** our June 13, 2018 Order staying the First Amended Temporary Injunction and all trial court proceedings and **CONDITIONALLY GRANT** Relators' petition for writ of mandamus as to the first amended temporary injunction and deny the petition as to the agreed temporary injunction. We order the trial judge to vacate his May 21, 2018 first amended temporary injunction order. Should the trial court fails to comply with this order, the writ will issue. We **ORDER** the trial judge to file with this court, within thirty days of the date of this order, a certified copy of his order issued in compliance with this order.

/s/     BILL WHITEHILL
        JUSTICE